IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY WOODEN,

    Plaintiff,

v.         Case No. 1:16cv378-MW/GRJ

CLYDE BARRINGER,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 98, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 102. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Defendants' Motion for Summary Judgment, ECF No. 71, is **GRANTED**. Plaintiff's Motion for Partial Summary Judgment, ECF No. 89, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's claims against Defendants are dismissed." The Clerk shall close the file.

**SO ORDERED on November 19, 2018.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**